IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF | ) | Case No.: 2:25-cv-00547 |
| MARK BOUDOS AND PATTI BOUDOS FOR | ) | |
| EXONERATION FROM OR LIMITATION OF LIABILITY, | ) | Judge: |

**DECLARATION OF VESSEL VALUE**

I, Mark Boudos hereby make this declaration pursuant to 28 U.S.C. § 1746.

1. Upon information and belief, a 2021 13-foot 130 Super Sport Boston Whaler vessel (hereinafter "Vessel"), co-owned by myself, MARK BOUDOS, and my wife, PATTI BOUDOS, was involved in an incident on August 16, 2025, in Lake Michigan at or near the Hammond Marina in Hammond, Indiana, in which the vessel did not capsize and did not suffer significant damages.

2. Prior to the incident, I, MARK BOUDOS, purchased the vessel for $14,500.00.

3. That based upon my knowledge and information, it is my opinion that the fair and reasonable market value of the Vessel as of August 16, 2025, was equal to $14,500.00.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 2, 2025.

                                                /s/:  *Mark Boudos*
                                                Mark Boudos

**Exhibit A**