**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF | ) | Case No.: 2:25-cv-00547 |
| MARK BOUDOS AND PATTI BOUDOS FOR | ) | |
| EXONERATION FROM OR LIMITATION OF LIABILITY, | ) | Judge: |

## AD INTERIM STIPULATION

WHEREAS, the above-named Plaintiffs-in-Exoneration, MARK BOUDOS and PATTI BOUDOS, as sole co-owners of a 2021 13-foot 130 Super Sport Boston Whaler vessel (hereinafter "Vessel"), are filing a Complaint for Exoneration From or Limitation Of Liability for all injury, loss, and damages occasioned by or incurred by or resulting from the facts and circumstances set forth in the Complaint, on their behalf; and

WHEREAS, Mark Boudos and Patti Boudos have asked this Court to enjoin the prosecution, except in this proceeding, of any and all actions, lawsuits, and proceedings against Mark Boudos and/or Patti Boudos, or against the Vessel, already begun, as well as any suit, action, or legal proceeding of any nature or description which might or could be instituted in a suit against Mark Boudos and/or Patti Boudos arising out of or occasioned by the matters set forth in this Complaint;

WHEREAS, in said Complaint it is shown that the value of the Boudos' interest in the Vessel does not exceed $14,500.00; and,

WHEREAS, for the purposes of security, Chubb Insurance Company, having an office and place of business in multiple locations across the United States, hereby consents and agrees for the benefit of claimant herein that if judgment is awarded against Boudos, the judgment may be entered against them and each of them for an amount not exceeding the above-stated amount ($14,500.00)

**Exhibit B**

with interest thereon from this date and thereupon execution may issue against them and each of their goods, chattels, lands, and tenements or other real estate;

NOW THEREFORE, in consideration of the premises, Mark Boudos, Patti Boudos, and Chubb Insurance Company, as surety, submit themselves to the jurisdiction of the Court and agree to abide by all orders and are held firmly bound for the payment of an amount not to exceed $14,500.00; and

NOW, if Plaintiffs-in-Exoneration, MARK BOUDOS and PATTI BOUDOS, as co-owners of a 2021 13-foot 130 Super Sport Boston Whaler vessel shall well and truly abide by all orders, interlocutory and final, of the Court and of any Appellate Court in which the said suit may hereafter be pending and shall fulfill and perform the judgment or decree which may be rendered in the premises, with interest, and also pay costs and charges as shall be ordered and adjudged to be paid on their part, then this stipulation shall be void; otherwise, it shall remain in full force and effect, and execution may issue by virtue thereof at one and the same time against the parties to this stipulation.

THIS DONE AND EXECUTED THIS 2nd DAY of December, 2025

MARK BOUDOS and PATTI BOUDOS

By: /s/: *John A. O'Donnell*

Title: One of the Attorneys for Mark Boudos and Patti Boudos

CHUBB INSURANCE COMPANY

By: /s/:*Matthew Mentzer*

Title: Claim Supervisor, Marine