**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF ) | Case No.: 2:25-cv-00547 |
| MARK BOUDOS AND PATTI BOUDOS FOR ) | |
| EXONERATION FROM OR LIMITATION OF LIABILITY, ) | Judge: |

## **STIPULATION FOR COSTS**

WHEREAS, a Complaint is being filed in this Court by MARK BOUDOS and PATTI BOUDOS, as sole co-owners of a 2021 13-foot 130 Super Sport Boston Whaler vessel (hereinafter "Vessel")*,* seeking exoneration from or, alternatively, limitation of liability pursuant to the provisions of Title 46, U.S.C. § 30505, *et seq.*, for the reasons and causes set forth in the aforementioned Complaint; the said Plaintiffs, as principals, and Chubb Insurance Company, their insurer, parties hereto, hereby consenting and agreeing that, in case of default or contumacy on the part of Plaintiffs or insurer, execution may issue against their goods, chattels, and lands for the sum not to exceed FIVE HUNDRED DOLLARS ($500.00).

NOW THEREFORE, it is hereby stipulated and agreed, for the benefit of whom it may concern, that Mark Boudos and Patti Boudos herein and the stipulator undersigned shall be and each of them is hereby bound in the sum of up to FIVE HUNDRED DOLLARS ($500.00) conditioned that Mark Boudos, Patti Boudos and/or Chubb Insurance Company, shall pay all costs and expenses which shall be awarded against them by the final decree of this Court or upon appeal by the Court of Appeals, should an appeal intervene.

**Exhibit C**

IN THE MATTER OF THE COMPLAINT OF
MARK BOUDOS AND PATTI BOUDOS
FOR EXONERATION FROM OR
LIMITATION OF LIABILITY.

Case No.

THIS DONE AND EXECUTED THIS 2nd DAY OF DECEMBER 2025.

        MARK BOUDOS and PATTI BOUDOS

        By: /s/: *John A. O'Donnell*

        Title: One of the Attorneys for Mark Boudos and Patti Boudos

        CHUBB INSURANCE COMPANY

        By: /s/:*Matthew Mentzer*

        Title: Claim Supervisor, Marine